UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERIC DUMAS, d/b/a Living a Dream Guide Service** | * | CIVIL ACTION |
| | * | NO. 10-cv-01348 |
| | * | |
| **Plaintiff** | * | SECTION "R" |
| | * | CHIEF JUDGE VANCE |
| versus | * | |
| | * | MAGISTRATE NO. 3 |
| **BP, PLC, BP PRODUCTS NORTH AMERICA, INC, BP AMERICA, INC., TRANSOCEAN, LTD, OFFSHORE DEEPWATER, INC., HALLIBURTON ENERGY SERVICES, INC. AND CAMERON INTERNATIONAL CORPORATION f/k/a COOPER CAMERON CORPORATION** | * | MAG. JUDGE KNOWLES |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| **Defendants** | * | |
| ***************************************** | * | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Civil Rule 78.1E, Halliburton Energy Services, Inc. ("HESI") respectfully requests Oral Argument on its Motion to Dismiss, which motion is currently set for hearing on Wednesday, July 7, 2010 at 10 a.m. HESI avers that oral argument will be beneficial to the Court in resolving the issues presented in the motion.

Respectfully Submitted,

**GODWIN RONQUILLO PC**

By: /s/ Donald E. Godwin
Donald E. Godwin, T.A., *admitted pro hac vice*
dgodwin@godwinronquillo.com
Bruce W. Bowman, Jr., *admitted pro hac vice*
bbowman@godwinronquillo.com
Jenny L. Martinez, *admitted pro hac vice*
jmartinez@godwinronquillo.com
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

and

R. Alan York, *admitted pro hac vice*
ayork@godwinronquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

and

 /s/  Katharine R. Colletta
Katharine R. Colletta, #27552
Daniel A. Tadros, #21906
Derek A. Walker, #13175
Alan R. Davis, #31694
Adelaida J. Ferchmin, #29859
**CHAFFE McCALL L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: 504.585.7000
Facsimile: 504.585.7075

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; that notice of the filing of the foregoing has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification; and that a copy of the foregoing has been delivered either by facsimile, by hand delivery, or by placing same in the U.S. Mail, properly addressed and postage prepaid, to all counsel of record who are not registered to receive notice electronically, on this <u>22nd</u> day of June, 2010.

s/Katharine R. Colletta  
Katharine R. Colletta
