UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERIC DUMAS, d/b/a Living a Dream Guide Service** * | CASE NO.: 2:10-cv-01348 | |
|         **Plaintiff** * | | |
| * | SECTION: "R" | |
| **VERSUS** * | | |
| * | MAGISTRATE: (3) | |
| **BP, PLC, BP PRODUCTS NORTH AMERICA, INC, BP AMERICA, INC., TRANSOCEAN, LTD, OFFSHORE DEEPWATER, INC., HALLIBURTON ENERGY SERVICES, INC. AND CAMERON INTERNATIONAL CORPORATION f/k/a COOPER CAMERON CORPORATION** * | | |
|         **Defendant** * | | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Unopposed Motion to Continue Oral Hearing;

**IT IS HEREBY ORDERED** that the hearing set for **July 7, 2010**, in the above-captioned matter is hereby continued;

**IT IS FURTHER ORDERED** that the hearing on defendant's Motion to Dismiss is reset to the 18th day of August, 2010 WITHOUT ORAL ARGUMENT.

New Orleans, Louisiana this 1st day of July, 2010.

*Sarah Vance*
JUDGE